AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

| | |
|---|---|
| CARLOS PATTERSON,<br><br>                Plaintiff,<br><br>               v.<br><br>CHATHAM COUNTY DETENTION CENTER<br>and UNITED STATES,<br><br>               Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  CV 422-248 |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's December 20, 2022 Order adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, Plaintiff's complaint is dismissed without prejudice.  This case stands closed.



| | |
|---|---|
| 12/20/2022 | John E. Triplett, Clerk of Court |
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020